UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM L. CURTIS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 03-cv-4074-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on petitioner William L. Curtis's ("Curtis") motion for a certificate of appealability (Doc. 28). A § 2255 petitioner may not proceed on appeal without a certificate of appealability. 28 U.S.C. § 2253(c)(1); *see Ouska v. Cahill-Masching*, 246 F.3d 1036, 1045 (7th Cir. 2001). A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see Tennard v. Dretke*, 124 S. Ct. 2562, 2569 (2004)*; Ouska*, 246 F.3d at 1045. To make such a showing, the petitioner must "demonstrate that reasonable jurists could debate whether [the] challenge in [the] habeas petition should have been resolved in a different manner or that the issue presented was adequate to deserve encouragement to proceed further." *Ouska*, 246 F.3d at 1046; *accord Tennard*, 124 S. Ct. at 2569; *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (certificate of appealability should issue if the petitioner demonstrates "that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.") The Court finds that Curtis has not made such a showing and, accordingly, denies his motion for a certificate of appealability (Doc. 28).

**IT IS SO ORDERED.**
**DATED: July 19, 2005**

                            s/ J. Phil Gilbert
                            **J. PHIL GILBERT**
                            **DISTRICT JUDGE**